24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NUMBER: **849442** DIVISION: **J** SECTION:

BETSY BERRY

VS.

SAM'S REAL ESTATE BUSINESS TRUST,
WALMART INC. and "JOHN DOE"

FILED: ______________________ ______________________________
DEPUTY CLERK

**PETITION FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, comes petitioner, BETSY BERRY, a person of the full age of majority and currently residing in the State of Louisiana, who respectfully represents that:

I.

Made defendant herein are:

SAM'S REAL ESTATE BUSINESS TRUST, a foreign corporation authorized to do and doing business in this Parish and State; and

WALMART INC., a foreign corporation authorized to do and doing business in this Parish and State.

II.

Made defendant herein is the Metairie Sam's Club store employee now referred to as "JOHN DOE" whose full name will be substituted once discovery reveals the name of same who is believed to be a resident of the State of Louisiana at the time of the instant incident.

III.

On or about May 10, 2023, BETSY BERRY was a patron at Metairie Sam's Club Store No. 4775, with said store being owned or operated by SAM'S REAL ESTATE BUSINESS TRUST and/or WALMART INC. and being located at 3900 Airline Highway, Metairie, Louisiana 70001. Petitioner parked in curbside pickup spot #6. An employee, "JOHN DOE," asked petitioner if she wanted her rotisserie chickens in the back of her vehicle or front of her vehicle. Petitioner indicated she wanted them in the front of her vehicle, "JOHN DOE" then handed

24th E-Filed: 12/04/2023 13:07 Case: 849442 Div:J Atty:024051 DESIREE M CHARBONNET

SEAL OF THE CLERK OF COURT PARISH OF JEFFERSON LOUISIANA
JON A. GEGENHEIMER
12/13/2023 16:17:08 CERTIFIED TRUE COPY - Pg:1 of 6 - Jefferson Parish Clerk of Court - ID:23182827

petitioner the chickens, petitioner turned to put the chickens in the front of her vehicle and tripped on a cement curbing, causing serious personal injuries. "JOHN DOE" helped petitioner get up from the ground.

IV.

At all material times mentioned herein, the premises and curbside pickup area located at Metairie Sam's Club Store No: 4775 as listed above was owned and maintained by SAM'S REAL ESTATE BUSINESS TRUST and/or WALMART INC.

V.

At all material times mentioned herein, SAM'S REAL ESTATE BUSINESS TRUST and/or WALMART INC. was responsible for maintaining the premises and curbside pickup area of said store described above in a safe and secure manner.

VI.

At all material times mentioned herein, the premises and curbside pickup area in question was in the care, custody, and control of SAM'S REAL ESTATE BUSINESS TRUST and/or WALMART INC.

VII.

Petitioner avers that at all material times, that SAM'S REAL ESTATE BUSINESS TRUST and/or WALMART INC. created the hazardous condition in the curbside pickup area and/or knew or should have known of the hazardous condition of the premises at issue and are therefore liable unto petitioner for all damages caused as a result of this accident, and plaintiff requests that this Honorable Court apply the doctrine of *res ipsa loquitur* with respect to the hazard that existed in the curbside pickup area of Metairie Sam's Club Store No. 4775 on May 10, 2023.

VIII.

Petitioner further alleges that the sole, proximate and/or contributing cause of the accident mentioned herein is the negligence of defendants, SAM'S REAL ESTATE BUSINESS TRUST and/or WALMART INC., said acts of negligence consisting of, but not limited to the following, to wit:

a) Permitting a dangerous condition to exist upon the premises at issue.

24th E-Filed: 12/04/2023 13:07 Case: 849442 Div:J Atty:024051 DESIREE M CHARBONNET

SEAL OF THE CLERK OF COURT PARISH OF JEFFERSON LOUISIANA
JON A. GEGENHEIMER

b) Failing to properly maintain the curbside pickup area at 3900 Airline Highway, Metairie, Louisiana 70001 to make sure no hazardous or dangerous conditions existed on the premises.

c) Failing to properly warn the store's patrons of the hazardous condition of the curbside pickup area which they created and/or knew and/or should have known about existing in the curbside pickup area where plaintiff fell.

d) Failing to properly train its employees in the proper and safe manner to load a vehicle to ensure a safe pickup for patrons while on the premises.

e) Failing to properly train its employees in the proper and safe manner to ensure a safe walkway for patrons while on the premises.

f) Failing to properly supervise and/or train its employees to inspect and maintain the premises free from defects or dangerous conditions.

g) Creating a dangerous condition in the curbside pickup area at a time when customers would be walking in the curbside pickup area.

h) Failing to take precautions necessary to create a safe environment.

i) Failing to maintain the curbside pickup area in a safe condition.

j) Failing to inspect the premises appropriately for dangers that may cause accidents in view of the number of visitors to the premises.

k) Failing to adequately protect the personal safety of its pedestrian customers while in its curbside pickup area.

l) Failing to warn visitors and guests of the potential hazards created by unsafe conditions in the curbside pickup area.

m) Other acts of negligence which may be proven at the trial of this cause.

IX.

Petitioner further alleges that the sole, proximate and/or contributing cause of the accident mentioned herein is the negligence of defendant, "JOHN DOE," said acts of negligence consisting of, but not limited to the following, to wit:

Failing to use the proper machine to remove all moisture and soap from the floor.

a) Failing to properly load petitioner's curbside pickup order.

24th E-Filed: 12/04/2023 13:07 Case: 849442 Div:J Atty:024051 DESIREE M CHARBONNET

SEAL OF THE CLERK OF COURT PARISH OF JEFFERSON LOUISIANA
JON A. GEGENHEIMER
12/13/2023 16:17:08 CERTIFIED TRUE COPY - Pg:3 of 6 - Jefferson Parish Clerk of Court - ID:23182827

b) Other acts of negligence which may be proven at the trial of this cause.

X.

In the alternative, defendant, SAM'S REAL ESTATE BUSINESS TRUST and/or WALMART INC. knew or should have known of the defective condition of the premises and curbside pickup area at issue and therefore are strictly liable unto petitioner for all damages caused as a result of this accident.

XI.

SAM'S REAL ESTATE BUSINESS TRUST and/or WALMART INC. is liable unto petitioner for the actions of its employee through the doctrine of *respondeat superior*.

XII.

As a result of defendants' negligence, petitioner has sustained damages, including but not limited to, past, present, and future medical expenses; past, present, and future mental anguish; past, present, and future pain and suffering; wage loss; loss of enjoyment of life; and loss of earning capacity.

XIII.

Petitioner has made amicable demand to no avail, thereby necessitating this lawsuit.

WHEREFORE, the premises considered, petitioner, BETSY BERRY, prays that a copy of this petition be filed and served upon defendants, SAM'S REAL ESTATE BUSINESS TRUST, WALMART INC. and "JOHN DOE," and that they be duly cited to answer same within the time delays permitted by law; and after due proceedings be had, that there be judgment herein in favor of petitioner, BETSY BERRY, and against defendants, SAM'S REAL ESTATE BUSINESS TRUST, WALMART INC. and "JOHN DOE," individually and/or jointly and/or severally and/or in solido and/or in any combination thereof, for such damages as are reasonable in the premises, together with legal interest thereof from the date of judicial demand, and for all costs of these proceedings.

**[SIGNATURE BLOCK ON NEXT PAGE]**

24th E-Filed: 12/04/2023 13:07 Case: 849442 Div:J Atty:024051 DESIREE M CHARBONNET

SEAL OF THE CLERK OF COURT PARISH OF JEFFERSON LOUISIANA
JON A. GEGENHEIMER

Respectfully submitted:

**Charbonnet Law Firm, L.L.C.**
Desiree M. Charbonnet, #24051
Robert P. Charbonnet, Jr., #21523
Richard D. Roniger, II, #28984
James S. Rees, IV, #34720
501 Clearview Parkway
Metairie, Louisiana 70001
Telephone No: (504) 888-2227
Fax No. (504) 456-3469
Email: desi@charbonnetlawfirm.com

**PLEASE SERVE**

SAM'S REAL ESTATE BUSINESS TRUST
through its agent for service of process:
C T Corporation System
3867 Plaza Tower Drive
Baton Rouge, Louisiana 70816

WALMART INC.
through its agent for service of process:
C T Corporation System
3867 Plaza Tower Drive
Baton Rouge, Louisiana 70816

24th E-Filed: 12/04/2023 13:07 Case: 849442 Div:J Atty:024051 DESIREE M CHARBONNET

SEAL OF THE CLERK OF COURT PARISH OF JEFFERSON LOUISIANA
JON A. GEGENHEIMER
12/13/2023 16:17:08 CERTIFIED TRUE COPY - Pg:5 of 6 - Jefferson Parish Clerk of Court - ID:23182827

24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NUMBER: **849442** DIVISION: **J** SECTION:

BETSY BERRY

VS.

SAM'S REAL ESTATE BUSINESS TRUST,
WALMART INC. and "JOHN DOE"

FILED: ______________________ ______________________________
DEPUTY CLERK

**REQUEST FOR NOTICE**

TO: Clerk of Court
24th Judicial District Court for the Parish of Jefferson
Post Office Box 10
Gretna, Louisiana 70054-0010

Pursuant to Article 1572 of the Louisiana Code of Civil Procedure, we hereby request written notice by mail ten (10) days in advance of the date fixed for trial or hearing of this case, whether on exceptions, motions, rules, or the merits thereof, or any assignment of fixing of said case.

In addition, pursuant to Articles 1913 and 1914 of the Louisiana Code of Civil Procedure, we also request immediate notice of any and all orders or judgments, whether interlocutory or final, made or rendered in this case upon rendition thereof, including notice of judgment in the event this case is taken under advisement, or if the judgment is not signed at the conclusion of trial, and any and all formal steps taken by the parties, the Judge or any member of the Court in this case.

We also request that you mail to our offices a copy of any other letter or document filed in these proceedings.

This Request for Notice is made with full reservation of all rights.

**[SIGNATURE BLOCK ON NEXT PAGE]**

24th E-Filed: 12/04/2023 13:07 Case: 849442 Div:J Atty:024051 DESIREE M CHARBONNET

SEAL OF THE CLERK OF COURT PARISH OF JEFFERSON LOUISIANA
JON A. GEGENHEIMER
12/13/2023 16:17:08 CERTIFIED TRUE COPY - Pg:1 of 2 - Jefferson Parish Clerk of Court - ID:23182827

Respectfully submitted:

**Charbonnet Law Firm, L.L.C.**
Desiree M. Charbonnet, #24051
Robert P. Charbonnet, Jr., #21523
Richard D. Roniger, II, #28984
James S. Rees, IV, #34720
501 Clearview Parkway
Metairie, Louisiana 70001
Telephone No: (504) 888-2227
Fax No. (504) 456-3469
Email: desi@charbonnetlawfirm.com

24th E-Filed: 12/04/2023 13:07 Case: 849442 Div:J Atty:024051 DESIREE M CHARBONNET

SEAL OF THE CLERK OF COURT PARISH OF JEFFERSON LOUISIANA
JON A. GEGENHEIMER
12/13/2023 16:17:08 CERTIFIED TRUE COPY - Pg:2 of 2 - Jefferson Parish Clerk of Court - ID:23182827